```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


ADMINISTRATOR GINA M.          )    C.A. No.  20-10981-MLW
ALONGI, ET AL.,                )
    Plaintiff(s),              )
                               )
v.                             )
                               )
LEWIS CUSTOM WELDING AND       )
FABRICATING CO., INC., ET      )
AL.,                           )
    Defendant(s).              )
```

ORDER

WOLF, D.J.                                           May 22, 2020

    As my Deputy Clerk's husband is employed by the plaintiff, and this case is at its inception, I hereby recuse myself pursuant to 28 U.S.C. §455(a). Therefore, this case is hereby RETURNED to the Clerk to be randomly reassigned.

                                                       /s/ Mark L. Wolf
                                             UNITED STATES DISTRICT JUDGE